IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  09-cv-00452-WYD-KLM

GALDERMA LABORATORIES, L.P.;
GALDERMA S.A.; and
DOW PHARMACEUTICAL SCIENCES, INC.,

      Plaintiffs,

v.

TOLMAR, INC.,

      Defendant.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on Plaintiffs' Notice of Voluntary Dismissal (filed April 22, 2009).  Plaintiffs indicate therein that no answer or motion for summary judgment has been filed and that they voluntarily dismiss the case without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).  Based on this filing, it is

ORDERED that this matter is **DISMISSED WITHOUT PREJUDICE**.

Dated:  April 23, 2009

                                  BY THE COURT:

                                  s/ Wiley Y. Daniel
                                  Wiley Y. Daniel
                                  Chief United States District Judge